JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAIME AVENA,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 96-8034 GHK<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied, that all claims are denied with prejudice except Claim 14, which is dismissed without prejudice, and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: March 19, 2014.

_____
GEORGE H. KING
Chief United States District Judge